Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**HYDE & SWIGART**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone:   (619) 233-7770
Facsimile:    (619) 297-1022


Attorneys for the Plaintiff
Erik Knutson

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| Erik Knutson, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>v.<br><br>Reply!, Inc.,<br><br>                              Defendant. | Case No.: 10-CV-1267-BEN (WMC)<br><br><br>**NOTICE OF SETTLEMENT** |
|---|---|

NOTICE IS HEREBY GIVEN that this case has been settled in its entirety.  The Parties anticipate filing a Joint Motion for dismissal of this action in its entirety with prejudice within 30 days. Plaintiff request that all pending dates and filing requirements be vacated and that the Court set a

//

//

//

1  deadline on or after February 4, 2012 for filing a joint dismissal.

3  Respectfully submitted,

**HYDE & SWIGART**

5  Date: January 5, 2012            By: /s/ Joshua Swigart
                                        Joshua Swigart
                                        Attorneys for Plaintiff