FILED
FEB 10 2012
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Erik Knutson, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>v.<br><br>Reply!, Inc.,<br><br>          Defendant. | Case No.: 10-CV-1267-BEN (WMC)<br><br>**ORDER GRANTING PARTIES' JOINT MOTION TO DISMISS ACTION**<br><br>[Doc. No. 45] |

On June 14, 2010, Plaintiff ERIK KNUTSON ("Plaintiff") commenced this purported class action against Defendant REPLY!, INC. ("Defendant"). Following two amendments to the original complaint filed on August 24, 2010 and February 17, 2011, Defendant filed an answer on May 4, 2011 denying the allegations of the operative Second Amended Complaint. This matter has not yet been certified as a class action.

On February 7, 2012, Plaintiff and Defendant filed a Joint Motion pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) requesting the Court dismiss the above-captioned action. The parties request that the Court dismiss the matter with prejudice as to Plaintiff and without prejudice as to the alleged putative class. Further, Plaintiff has agreed to release any and all interest Plaintiff may have had in class representation through this action and disclaims any future

1  personal stake in the class action causes of action and allegations or any recovery, actual or
2  potential, associated therewith.
3       Upon due consideration, and GOOD CAUSE appearing, the Court **GRANTS** the parties'
4  Joint Motion. This action is **DISMISSED WITH PREJUDICE** as to the named Plaintiff ERIK
5  KNUTSON and **DISMISSED WITHOUT PREJUDICE** as to the alleged putative class.
6       **IT IS SO ORDERED.**
7
8  Dated: February 08, 2012
                                                    _____
                                                    Hon. Roger T. Benitez
9                                                   United States District Judge